1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

HEATHER A. GUSTAFSON,

8

Plaintiff,

Case No. C22-5136-SKV

9

v.

ORDER

10

COMMISSIONER OF SOCIAL
SECURITY,

11

12

Defendant.

13

14

Pursuant to the parties' stipulated motion to reopen this case and enter final judgment

affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act,

15

Dkt. 21, the Court hereby ORDERS this case be reopened and judgment be entered for Plaintiff

16

in accordance with the post-remand decision of the administrative law judge.

17

18

DATED this 25th day of October, 2024.

19

20

S. KATE VAUGHAN
United States Magistrate Judge

21

22

23

ORDER - 1
C22-5136-SKV

1    Presented by:

2    s/ Katherine B. Watson
     KATHERINE B. WATSON
3    Special Assistant United States Attorney
     Office of Program Litigation, Office 7
4    Office of the General Counsel
     Social Security Administration
5    6401 Security Boulevard
     Baltimore, MD 21235
6    Tel: (206) 615-2139
     Email: Katherine.Watson@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23